■ R. LANSDELL BITUMINOUS CORP., Appellant, v LIZZA & SONS, INC., et al., Defendants, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Respondent.—In an action, *inter alia,* (1) to recover the agreed price and reasonable value of materials sold and furnished to defendant Lizza & Sons and (2) on the payment bond issued by defendant St. Paul Fire and Marine Insurance Company, plaintiff appeals from so much of an order of the Supreme Court, Suffolk County, dated May 19, 1976, as denied the branch of its motion which sought summary judgment against the defendant surety. Order affirmed insofar as appealed from, with $50 costs and disbursements. Special Term properly denied the branch of the motion for summary judgment as there are triable issues of fact. Hopkins, Acting P. J., Martuscello, Damiani and Hawkins, JJ., concur.

■ PETER E. REYNOLDS, Respondent, v MEDICAL AND DENTAL STAFF OF THE ANDRUS PAVILION OF ST. JOHN'S RIVERSIDE HOSPITAL et al., Appellants. —In a special proceeding, *inter alia,* to compel the St. John's Riversive Hospital to enact rules and regulations to provide a procedure for a registered physician's assistant to apply for privileges at said hospital pursuant to 10 NYCRR 707.2, the appeal is from an order of the Supreme Court, Westchester County, entered May 12, 1976, which (1) directed the hospital to comply with 10 NYCRR 707.2 by enacting such rules and regulations within 30 days, (2) ordered that petitioner be allowed to accompany his employers (two physicians) to the hospital under certain conditions pending the determination of the proceeding and (3) denied appellants' cross motion to dismiss the proceeding for failure to state a cause of action. Order affirmed, with $50 costs and disbursements, on the opinion of Mr. Justice Sullivan at Special Term. Appellants' time to answer is extended until 20 days after entry of the order to be made hereon and the hospital's time to enact rules, regulations and by-laws relative to physicians' assistants is extended until 30 days after entry of the order to be made hereon. Hopkins, Acting P. J., Martuscello, Cohalan and Damiani, JJ., concur. [86 Misc 2d 418.]

■ SAL PICONE & SONS, INC., Respondent, v C & T MASONRY SUPPLY CORP., Appellant.—In an action to recover the value of goods sold and delivered, defendant appeals from (1) an order of the Supreme Court, Suffolk County, dated December 17, 1975, which, *inter alia,* granted plaintiff's motion for summary judgment and (2) the judgment entered thereon, on December 29, 1975. Order and judgment affirmed, with one bill of $50 costs and disbursements, upon the opinion of Mr. Justice Bracken at Special Term. Cohalan, Acting P. J., Margett, Suozzi and Mollen, JJ., concur.